

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00699-CR

Paul **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 147th District Court, Travis County, Texas
Trial Court No. D-1-DC-11-301853
Honorable Wilford Flowers, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 11, 2013.

Sandee Bryan Marion, Justice